

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID RAY WALLACE | § | |
| | § | |
| Petitioner/Defendant, | § | Civil Action No. 3:05-cv-1453-R |
| v. | § | (Criminal Action No. 3:02-cr-0328-R) |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Respondent/Plaintiff. | § | |

## ORDER

United States Magistrate Judge Jeff Kaplan filed Findings, Conclusions and a Recommendation in this case on October 19, 2005. Petitioner, David Ray Wallace, filed objections to those Findings, Conclusions, and Recommendation on October 26, 2005. After reviewing Judge Kaplan's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) and in light of Petitioner's objections, the Court finds no error. Accordingly, Judge Kaplan's Findings, Conclusions and a Recommendation are hereby **ADOPTED** as the findings of this Court.

It is so **ORDERED**.

SIGNED: November 9, 2005.

JUDGE JERRY BUCHMEYER
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1