UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:02-CR-328-G |
| DAVID RAY WALLACE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Defendant's Rule 60(b) motion (docket entry 112) is construed as an unauthorized successive 28 U.S.C. § 2255 motion. The court directs the district clerk's office to open a new civil action (nature of suit: 510), to assign the case to

**Senior District Judge A. Joe Fish** and **Magistrate Judge David L. Horan**, and to file the motion in that action. The clerk's office is further directed to terminate the motion (docket entry 112) in the criminal case. The successive 28 U.S.C. § 2255 motion is **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit** for appropriate action.

      SO ORDERED.

September 9, 2014.

                                           */s/ A. Joe Fish*
                                      A. JOE FISH
                                      **Senior United States District Judge**